# Exhibit A

 350 Camino De La Reina
Suite 100
San Diego, CA 92108

| | |
|---|---|
| Phone | (844) 280-3764 |
| Hours of Operation | Mon - Fri: 8 am to 4:30 pm PT |
| Website | www.mcm-ea.com |
| Creditor | American Express |
| Original Account Number | \*\*\* \*\*\*\* \*\*\* 41008 |
| MCM Account Number | |
| Current Servicer | Midland Credit Management, Inc. |
| Balance | $4,206.43 |
| Last Payment Date | 11/08/2019 |

02/05/2021

JOSEPH KRAUSS



Re: Account Number: \*\*\* \*\*\*\* \*\*\* 41008

| Option 1 | Option 2 | Option 3 |
|---|---|---|
| 1 payment(s) of: | 12 monthly payments of: | 24 monthly payments of: |
| $1892.89 | $175.27 | $96.4 |

Hurry! This offer expires 02/20/2021

Dear JOSEPH KRAUSS:

Congratulations! You have been pre-approved for a settlement offer to save you money. Call (844)280-3764 by 02/20/2021 and put your current debt of $4,206.43 behind you!

Never miss a payment again. Sign up for AutoPay at www.mcm-ea.com. Have your MCM account number ready when you call or click.

You should understand and consider the terms of any settlement before agreeing to it.

Sincerely,



Josh Mickley
Group Manager

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**This does not alter or amend your validation rights as set forth in our previous letter to you.**

PLEASE REFER TO THE FRONT OF PAGE THREE FOR IMPORTANT DISCLOSURE INFORMATION

LTRMSOF202114511470

Important Disclosure Information

## Calls to and/or from this company may be monitored or recorded.

### Basic Information

| Creditor | American Express | Current Servicer | Midland Credit Management, Inc. |
|---|---|---|---|
| Original Account Number | *** **** *** 41008 | Charge-Off Balance | $4,206.43 |
| Charge-Off Date | 07/09/2020 | Date of Default | 01/11/2020 |
| Last Payment Date | 11/08/2019 | | |

### Additional Information

| | |
|---|---|
| Principal Balance | $4,206.43 |
| Post Charge-Off Interest Balance | $0.00 |
| Post Charge-Off Fees Balance | $0.00 |
| Current Balance | $4,206.43 |

Historic interest rate used for the interest balance: 0%. No additional interest will be charged by MCM.

### Important Contact Information

| Send Payments to: | Send disputes or an instrument tendered as full satisfaction of a debt to: |
|---|---|
| Midland Credit Management, Inc. | Midland Credit Management, Inc |
| P.O. Box 2129 | P.O. Box 2129 |
| Warren, MI 48090-2129 | Warren, MI 48090-2129 |
| | You may also call: (844) 426-8452 |

This does not alter or amend your validation rights as set forth in our previous letter to you.

NMLS ID: ▮▮▮▮

PLEASE SEE NEXT PAGE FOR IMPORTANT DISCLOSURE INFORMATION

LTRMSOF202114511470