## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Joseph Krauss,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v.-<br><br>Midland Credit Management, Inc.,<br><br>Defendant. | Case No.: 3:21-cv-16240-FLW-DEA<br><br><br><br>**ORDER OF JUDGMENT** |

On November 2, 2021, Defendant Midland Credit Management, Inc., served an offer of judgment to Plaintiff Joseph Krauss, in the total amount of $4,500.00, to resolve all claims alleged in Plaintiff's complaint, including costs and attorney's fees. Plaintiff accepted the offer of judgment on November 2, 2021 and filed the Offer and Acceptance pursuant to Fed. R. Civ. P. 68.

Accordingly, IT IS HEREBY ORDERED that Judgment is granted in favor of Plaintiff, and that Plaintiff Joseph Krauss shall recover from Defendant Midland Credit Management, Inc., the sum of four thousand five hundred and 00/100 dollars ($4,500.00).

Dated: November 24, 2021

                                                                                  Honorable Freda L. Wolfson
                                                                                  Chief United States District Judge